UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
United States of America,

                          Plaintiff,

-against-

                                                           Case No. 7:16-mj-6778

Jorge Cisneros

                          Defendant.
———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                           SO ORDERED.

                                                           _____
                                                           Hon. Martin R. Goldberg
                                                           United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
           Poughkeepsie, New York